**Hollis LACY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28285.

Court of Criminal Appeals of Texas.

April 25, 1956.

**Hollis LACY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28286.

Court of Criminal Appeals of Texas.

April 25, 1956.

578

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful transportation of beer in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings are regular, and nothing is presented for review.

The judgment is affirmed.